```
UNITED STATES DISTRICT COURT              (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
GONZALO HERNANDEZ, on behalf of       :   11 Civ. 1264 (RMB) (JCF)
himself and all other persons         :
similarly situated,                   :        O R D E R
                                      :
                  Plaintiff,          :
                                      :
     - against -                      :
                                      :
HABANA ROOM, INC., LEXINGTON HOTEL,   :
LLC and JOHN DOES #1-10,              :
                                      :
                  Defendants.         :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/11
```

Plaintiff's counsel having submitted a letter dated December 22, 2011 requesting a pre-motion conference in connection with a discovery dispute, it is hereby ordered as follows:

1. Plaintiff's communication is deemed a letter motion.

2. Defendants shall respond by letter by December 30, 2011.

3. Plaintiff shall submit any reply by January 4, 2012.

4. If either the discovery requests or the responses are found not to have been substantially justified, costs, including reasonable attorneys' fees, will be shifted pursuant to Rule 37 of the Federal Rules of Civil Procedure.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       December 23, 2011

Copies mailed this date:

David Stein, Esq.
Michael S. Samuel, Esq.
Samuel & Stein
38 West 32nd Street, Suite 1110
New York, New York  10001

Ambrose W. Wotorson, Jr., Esq.
Law Offices of Ambrose Wotorson, PC
26 Court Street, Suite 1811
Brooklyn, New York  11242